# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−30037−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Randall M Lassiter
   395 17th Avenue
   Paterson, NJ 07504

Social Security No.:
   xxx−xx−3608

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/8/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 8, 2017
JAN: jf

                                                                                         Jeanne Naughton
                                                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Randall M Lassiter
    Debtor

Case No. 17-30037-VFP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Dec 08, 2017
                   Form ID: 148     Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2017.
```
db             +Randall M Lassiter,    395 17th Avenue,    Paterson, NJ 07504-1305
517101781      +Bridgelock Capital,    5900 Canoga Ave S-400,    Woodland Hills, CA 91367-5073
517101783      +Capital One Auto Finance,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
517143922      +Capital One Auto Finance, c/o AIS Portfolio Servic,    P.O. Box 4360,    Houston, TX 77210-4360
517101784      +Carrington Mortgage Service. Llc,    Po Box 3489,    Anaheim, CA 92803-3489
517101785      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
517101789       First Premier Bank,    601 S Minneaplois Ave,    Dious FDalls, SD 57104
517101793      +Nissan Motor Acceptance Corp/Infinity Lt,    Attn: Bankruptcy,    Po Box 660360,
                 Dallas, TX 75266-0360
517101795      +Selene Finance Llc,    Po Box 422039,    Houston, TX 77242-4239
517101797      +Universal Recovery Corp,    2880 Sunrise Blvd,    Ste 136,    Rancho Cordova, CA 95742-6102
517101798      +Us Dept Of Ed/Great Lakes Higher Educati,    Attn: Bankruptcy,    2401 International Lane,
                 Madison, WI 53704-3121
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 08 2017 22:35:17      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 08 2017 22:35:14      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: AISACG.COM Dec 08 2017 22:23:00      Capital One Auto Finance,    AIS Portfolio Services, LP,
                 PO Box 165028,    Irving, TX 75016-5028
cr             +EDI: RMSC.COM Dec 08 2017 22:23:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
517101779      +EDI: GMACFS.COM Dec 08 2017 22:23:00      Ally Financial,    200 Renaissance Ctr,
                 Detroit, MI 48243-1300
517101780      +EDI: TSYS2.COM Dec 08 2017 22:23:00      Barclays Bank Delaware,    100 S West St,
                 Wilmington, DE 19801-5015
517101782      +EDI: CAPITALONE.COM Dec 08 2017 22:23:00      Capital One,    Attn: Bankruptcy,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
517210061      +EDI: AISACG.COM Dec 08 2017 22:23:00      Capital One Auto Finance, a division of Capital On,
                 AIS Portfolio Services, LP,    P.O. Box 165028,    Irving, TX 75016-5028
517101786      +EDI: RCSFNBMARIN.COM Dec 08 2017 22:23:00      Credit One Bank Na,    Po Box 98873,
                 Las Vegas, NV 89193-8873
517101788      +EDI: DISCOVER.COM Dec 08 2017 22:23:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
517101790       EDI: FORD.COM Dec 08 2017 22:23:00      Ford Motor Credit,    National Bankruptcy Service Center,
                 Po Box 62180,    Colorado Springs, CO 80962
517101792      +E-mail/Text: jgoley@leadersfc.com Dec 08 2017 22:35:04      Leaders Financial Comp,
                 21 Commerce Dr Fl 1,    Cranford, NJ 07016-3519
517192428       EDI: PRA.COM Dec 08 2017 22:23:00      Portfolio Recovery Associates, LLC,    c/o Barclaycard,
                 POB 41067,    Norfolk VA 23541
517191646       EDI: PRA.COM Dec 08 2017 22:23:00      Portfolio Recovery Associates, LLC,    c/o Sears Card,
                 POB 41067,    Norfolk VA 23541
517202418      +EDI: JEFFERSONCAP.COM Dec 08 2017 22:23:00      Premier Bankcard LLC,
                 Jefferson Capital Systems LLC Assignee,    PO Box 7999,    St Cloud MN 56302-7999
517101794      +E-mail/Text: jennifer.chacon@spservicing.com Dec 08 2017 22:36:24
                 Select Portfolio Servicing, Inc,    Po Box 65250,    Salt Lake City, UT 84165-0250
517105342      +EDI: RMSC.COM Dec 08 2017 22:23:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517101796      +EDI: RMSC.COM Dec 08 2017 22:23:00      Synchrony Bank/Amazon,    Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
517159176       EDI: WFFC.COM Dec 08 2017 22:23:00      Wells Fargo Bank, N.A., d/b/a WFDS,    P.O. Box 19657,
                 Irvine, CA 92623-9657
517101799      +EDI: WFFC.COM Dec 08 2017 22:23:00      Wells Fargo Dealer Services,    Attn: Bankruptcy,
                 Po Box 19657,    Irvine, CA 92623-9657
                                                                                               TOTAL: 20

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517101791        Fort Lee Fsb
517101787*      +Credit One Bank Na,    Po Box 98873,    Las Vegas, NV 89193-8873
517101800*      +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
                                                                                               TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Dec 08, 2017
                              Form ID: 148             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 8, 2017 at the address(es) listed below:
              Aileen   Perez    on behalf of Debtor Randall M Lassiter aperezsq@yahoo.com
              Christopher Keith Baxter    on behalf of Creditor   Wilmington Savings Fund Society, FSB
               ecf@mlg-defaultlaw.com
              Denise E. Carlon    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, as trustee for Normandy Mortgage Loan Trust, Series 2017-1 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, as trustee for Normandy Mortgage Loan Trust, Series 2017-1
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 7
```