Form ntctmisstatev27.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17−30037−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Randall M Lassiter
   395 17th Avenue
   Paterson, NJ 07504

Social Security No.:
   xxx−xx−3608

Employer's Tax I.D. No.:

## NOTICE OF MATERIAL MISSTATEMENT OF DEBTOR'S
## INCOME, EXPENSES OR ASSETS

      In accordance with 28 U.S.C. Section 586(f)(1), the United States Trustee contracted for an audit to be performed of the above−captioned debtor's petition, schedules and other information filed and/or provided by the debtor in this case.

      NOTICE IS HEREBY GIVEN that the audit revealed one or more material misstatements concerning the debtor's income, expenses and/or assets. The Report is not a legal determination, and the legal effect of the auditors finding of material misstatement is a question for the Court. The audit report has been filed with the Court and is available for review by parties in interest.

Dated: January 30, 2018
JAN:

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Randall M Lassiter
    Debtor

Case No. 17-30037-VFP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Jan 30, 2018
                  Form ID: misstate    Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2018.
```
db             +Randall M Lassiter,    395 17th Avenue,    Paterson, NJ 07504-1305
517101780      +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
517101781      +Bridgelock Capital,    5900 Canoga Ave S-400,    Woodland Hills, CA 91367-5073
517101782      +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
517101783      +Capital One Auto Finance,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
517101784      +Carrington Mortgage Service. Llc,    Po Box 3489,    Anaheim, CA 92803-3489
517101785      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
517101790     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit,    National Bankruptcy Service Center,
                 Po Box 62180,    Colorado Springs, CO 80962)
517101789       First Premier Bank,    601 S Minneaplois Ave,    Dious FDalls, SD 57104
517101793      +Nissan Motor Acceptance Corp/Infinity Lt,    Attn: Bankruptcy,    Po Box 660360,
                 Dallas, TX 75266-0360
517101797      +Universal Recovery Corp,    2880 Sunrise Blvd,    Ste 136,    Rancho Cordova, CA 95742-6102
517101798      +Us Dept Of Ed/Great Lakes Higher Educati,    Attn: Bankruptcy,    2401 International Lane,
                 Madison, WI 53704-3121
517159176       Wells Fargo Bank, N.A., d/b/a WFDS,    P.O. Box 19657,    Irvine, CA 92623-9657
517101799      +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 30 2018 23:18:38     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 30 2018 23:15:04
                 Capital One Auto Finance,    AIS Portfolio Services, LP,    PO Box 165028,
                 Irving, TX 75016-5028
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 23:15:15
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517101779      +E-mail/Text: ally@ebn.phinsolutions.com Jan 30 2018 23:17:57     Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
517210061      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 30 2018 23:15:03
                 Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave.,    Dept. APS,    Oklahoma City, OK 73118-7901
517143922      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 30 2018 23:15:03
                 Capital One Auto Finance, c/o AIS Portfolio Servic,    P.O. Box 4360,    Houston, TX 77210-4360
517101786      +E-mail/PDF: creditonebknotifications@resurgent.com Jan 30 2018 23:15:24     Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
517101788      +E-mail/Text: mrdiscen@discover.com Jan 30 2018 23:17:59     Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
517101792      +E-mail/Text: jgoley@leadersfc.com Jan 30 2018 23:18:28     Leaders Financial Comp,
                 21 Commerce Dr Fl 1,    Cranford, NJ 07016-3519
517192428       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 30 2018 23:21:14
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
517191646       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 30 2018 23:21:00
                 Portfolio Recovery Associates, LLC,    c/o Sears Card,    POB 41067,    Norfolk VA 23541
517202418      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 30 2018 23:18:55     Premier Bankcard LLC,
                 Jefferson Capital Systems LLC Assignee,    PO Box 7999,    St Cloud MN 56302-7999
517101794      +E-mail/Text: jennifer.chacon@spservicing.com Jan 30 2018 23:19:41
                 Select Portfolio Servicing, Inc,    Po Box 65250,    Salt Lake City, UT 84165-0250
517101795      +E-mail/Text: bkteam@selenefinance.com Jan 30 2018 23:18:09     Selene Finance Llc,
                 Po Box 422039,    Houston, TX 77242-4239
517105342      +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 23:15:00     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517101796      +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 23:15:00     Synchrony Bank/Amazon,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
                                                                                              TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517101791       Fort Lee Fsb
517101787*     +Credit One Bank Na,    Po Box 98873,    Las Vegas, NV 89193-8873
517101800*     +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
                                                                                   TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2                  User: admin                    Page 2 of 2                    Date Rcvd: Jan 30, 2018
                                      Form ID: misstate              Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2018                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2018 at the address(es) listed below:
              Aileen   Perez    on behalf of Debtor Randall M Lassiter aperezesq@yahoo.com, aperezesq@yahoo.com
              Christopher Keith Baxter    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               BKECF@mlg-defaultlaw.com
              Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, as trustee for Normandy Mortgage Loan Trust, Series 2017-1 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, as trustee for Normandy Mortgage Loan Trust, Series 2017-1
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 7
```